PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joseph Nardone Jr.                                    Cr.: 2:03 Cr-327-JLL-02

Name of Sentencing Judicial Officer: Honorable Jose L. Linares

Date of Original Sentence: 07/11/05

Original Offense: Conspiracy to Commit Embezzlement

Original Sentence: Imprisonment 40 months to be followed with a 2 year term of supervised release. Joint and several restitution order in the amount $431,000 to be paid at the rate of $5,000 monthly.

Type of Supervision: Supervised Release                Date Supervision Commenced: 12/07/07

### PETITIONING THE COURT

[ ]   To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]   To modify the conditions of supervision as follows. The defendant shall pay joint and several restitution totaling $431,000 to Local 148 of the International Novelty Workers Association, payable to the U.S. Treasury, at the rate of 10% of monthly gross earnings, however no less than $250 monthly, until such time as the Court may alter that payment schedule in the interest of justice. The United States Probation Office and the United States Attorney Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay. The restitution shall be mailed to the Clerk, United States District Court, 402 East State Street, Room 2020, Trenton, New Jersey 08608.

### CAUSE

The offender's current financial situation makes him unable to comply with the restitution payment schedule as imposed by the Court. Nardone's stock portfolio, formerly valued at $69,034, was used to satisfy his debts. Nardone recently secured employment as a salesman/sales analyst earning $24,000 annually.

Respectfully submitted,

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: March 3, 2008

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

3/7/08
Date