PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 701
Newark, NJ 07102
(973) 645-645-2736
LAB0321

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                        Plaintiff,<br>v.<br><br>JOSEPH NARDONE, JR.,<br><br>                        Defendant,<br>v.<br><br>PRODUCTION WORKERS LOCAL 148<br>WELFARE FUND,<br>and its successors or assigns,<br><br>                        Garnishee. | Hon. Jose L. Linares<br><br>CRIMINAL NO. 03-327<br><br>**GARNISHEE ORDER** |

An Application and Order for Writ of Garishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee was duly issued. The Garnishee waived service of the Writ of Garnishment by United States Marshal and accepted service by federal express mail. Pursuant to the Writ of Garnishment, the Garnishee has filed an Answer to the Writ stating that at the time of the service of the Writ he had in his possession, custody or under his control, personal property belonging to the defendant. Joseph Nardone, Jr., Joseph Nardone, Sr. and the United States have consented to the entry of the instant order.

372860_1

WHEREBY, IT IS SO ORDERED that the Garnishee, Pension Fund of Local 148 of the International Novelty Worker's Union ("the Fund"), will pay a lump sum payment out of the Fund within 15 days of this Order in the amount of $175,000 to the United States Treasury to be credited towards restitution in United States v. Nardone, et al., 2:03-cr-327-JLL, and the Garnishee will also pay an additional $35,000 out of the Fund to the IRS as a mandatory 20% tax withholding. Said payments will be credited against the pension benefit that would otherwise be due and owing to Joseph Nardone, Jr. Mr. Nardone, Jr. shall retain his rights to whatever pension benefits shall remain due and owing to him after his interest in the Fund is reduced proportionally by the above-referenced payments.

HON. JOSE L. LINARES, JUDGE
UNITED STATES DISTRICT COURT

THE FORM AND ENTRY OF THE FOREGOING
ORDER IS HEREBY CONSENTED AND AGREED TO:

Joseph Nardone, Jr.

Joseph Nardone, Sr.

UNITED STATES ATTORNEY'S OFFICE
By: Leah A. Bynon

372860_1