PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 701
Newark, NJ 07102
(973) 645-645-2736
LAB0321

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                      Plaintiff,<br>v.<br><br>JOSEPH NARDONE, JR.,<br><br>                      Defendant,<br>v.<br><br>PRODUCTION WORKERS LOCAL 148 WELFARE FUND,<br>and its successors or assigns,<br><br>                      Garnishee. | Hon. Jose L. Linares<br><br>CRIMINAL NO. 03-327<br><br>**ORDER** |

On August 16, 2011, this Court issued an Order requiring the Production Workers Local 148 Welfare Pension Fund (the "Pension Fund") as Garnishee, to make certain payments, including a payment in the amount of $35,000 out of Mr. Nardone, Jr.'s interest in the Pension Fund to the IRS as a mandatory 20% tax withholding. The parties are in agreement that the payment has yet to be made.

Michael Scaraggi, Esq., counsel for the Pension Fund, has advised the Court that the Pension Fund has not yet made the payment as a result of various issues which have caused delay.

474423_1

Therefore, on this **2nd** day of **May**, 2012, this Court hereby orders that the Pension Fund make the above-referenced payment within 21 days after receipt of this Order.

If the payment is not made, upon advisement of counsel for Mr. Nardone, Jr., the Court will issue an Order to Show Cause why the Pension Fund as Garnishee, should not be held in contempt of Court.

HON. JOSE L. LINARES, JUDGE
UNITED STATES DISTRICT COURT

474423_1